# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| PAMELA K. BREITER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOANNE B. BARNHART, Commissioner,<br>Social Security Administration,<br><br>　　　　　Defendant. | CASE NO.　C04-5853RJB<br><br>ORDER |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge J. Kelley Arnold, United States Magistrate Judge, and objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)　The Court adopts the Report and Recommendation;

(2)　the ALJ erred in his decision as described in the report;

(3)　the matter is REVERSED and REMANDED to the Social Security Administration for an award or appropriate benefits; and

(4)　The Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel and Magistrate Judge J. Kelley Arnold.

DATED this 6th day of January, 2006.

　　　　　　　　　　　　　　　　/s/ Robert J. Bryan
　　　　　　　　　　　　　　　　Robert J. Bryan
　　　　　　　　　　　　　　　　United States District Judge

ORDER
Page - 1