# United States District Court

WESTERN DISTRICT OF WASHINGTON

PAMELA K. BREITER

JUDGMENT IN A CIVIL CASE

v.

MICHAEL ASTRUE

CASE NUMBER: C04-5853RJB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. Plaintiff's attorney Elie Halpern is awarded a gross attorney's fee of $10,941.33 pursuant to 42 U.S.C. § 406(b), reduced by the EAJA fees of $6,167.70 that previously were awarded, leaving a net fee of $4,773.63. When issuing the 42 U.S.C. § 406(b) check for payment to Plaintiff's attorney herein, Social Security is directed to send to Plaintiff's attorney the net balance of $4,773.63 minus any applicable processing fees as allowed by statute.

June 4, 2009

BRUCE RIFKIN
Clerk

_/s/ Jennie L. Patton_
Deputy Clerk